UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | Criminal No. 21cr10363 |
| ) | |
| v. ) | Violation: |
| ) | |
| JUAN CARLOS ZAPATA ) | Count One: Unlawful Reentry of |
| PERULLO, ) | Deported Alien |
| ) | (8 U.S.C. § 1326) |
| Defendant ) | |

INDICTMENT

COUNT ONE
Unlawful Reentry of Deported Alien
(8 U.S.C. § 1326)

The Grand Jury charges:

On or about February 27, 2021 in the District of Massachusetts, the defendant,

JUAN CARLOS ZAPATA PERULLO,

being an alien and having been excluded, removed, and deported from the United States on or about August 21, 2018, was found in the United States without having received the express consent of the Secretary of the Department of Homeland Security to reapply for admission to the United States.

All in violation of Title 8, United States Code, Section 1326(a); and Title 6, United States Code, Sections 202(3)-(4) and 557.

A TRUE BILL

*[signature]*
FOREPERSON

*[signature]*
KENNETH G. SHINE
ASSISTANT UNITED STATES ATTORNEY
DISTRICT OF MASSACHUSETTS

District of Massachusetts: DECEMBER 16, 2021
Returned into the District Court by the Grand Jurors and filed.

/s/ Leonardo T. Vieira signed at 1:59pm
DEPUTY CLERK

2